**APPLICANT**      <u>RONALD BUCK PARRISH</u>      **APPLICATION NO. 21,686-04**

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

**DISMISSED. SENTENCE DISCHARGED.**

_____      3-25-15
**JUDGE**                                                              **DATE**